```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    CONRADO LOPEZ-ARBALLO
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  No. CR-S-06-0466 WBS
                                  )
12            Plaintiff,          )  STIPULATION AND [PROPOSED] ORDER
                                  )  CONTINUING STATUS CONFERENCE
13       v.                       )
                                  )
14  CONRADO LOPEZ-ARBALLO,        )  Date:  January 8, 2007
                                  )  Time:  8:30 a.m.
15            Defendant.          )  Judge: The Hon. William B. Shubb
    _____)
16
```

17     It is hereby stipulated between the parties, Mary M. French,

18 attorney for the defendant Conrado Lopez-Arballo, and Michael Beckwith,

19 Assistant United States Attorney, attorney for the plaintiff, that the

20 Status Conference in this matter, currently scheduled for December 20,

21 2006, be continued until January 8, 2007, at 8:30 a.m.

22     Defense counsel has received discovery but needs additional time

23 to review and discuss the discovery produced by plaintiff with the

24 client, and also to conduct necessary research, interview potential

25 witnesses, and conduct on-going defense investigation.

26     It is further stipulated that the period from December 20, 2006,

27 through and including January 8, 2007, should be excluded from

28 computation of time within which the trial of this case must be

1  commenced under the Speedy Trial Act pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation.

4                                       Respectfully submitted,
5  Dated: December 20, 2006

6                                       DANIEL J. BRODERICK
                                        Federal Defender
7
                                        /s/ Mary M. French
8                                       _____
                                        MARY M. FRENCH
9                                       Supervising Assistant
                                        Federal Defender
10                                      Attorney for Defendant
                                        CONRADO LOPEZ-ARBALLO
11

12
   Dated: December 20, 2006             MCGREGOR W. SCOTT
13                                      United States Attorney

14
                                        /s/ Mary M. French for
15                                      _____
                                        MICHAEL BECKWITH
16                                      Assistant U.S. Attorney
                                        per telephonic authorization
17

18                                **ORDER**

19

20 **IT IS SO ORDERED.**

21
   Dated:   December 20, 2006
22
23  _____
    WILLIAM B. SHUBB
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation & Order/Lopez-Arballo         2