```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CONRADO LOPEZ-ARBALLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-S-06-0466 WBS |
|                         )  | |
|         Plaintiff,      ) | STIPULATION AND [~~PROPOSED~~] ORDER |
|                         ) | CONTINUING STATUS CONFERENCE |
|     v.                  ) | |
|                         ) | |
| CONRADO LOPEZ-ARBALLO,   ) | Date:  March 5, 2007 |
|                         ) | Time:  8:30 a.m. |
|         Defendant.      ) | Judge: The Hon. William B. Shubb |
| _____ ) | |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant Conrado Lopez-Arballo, and Michael Beckwith, Assistant United States Attorney, attorney for the plaintiff, that the Status Conference in this matter, currently scheduled for February 26, 2007, be continued until March 5, 2007, at 8:30 a.m.

Defense counsel needs additional time to review and discuss the discovery produced by plaintiff with the client, and also to conduct necessary research, interview potential witnesses, and conduct on-going defense investigation.

It is further stipulated that the period from February 26, 2007, through and including March 5, 2007, should be excluded from computation of time within which the trial of this case must be

1  commenced under the Speedy Trial Act pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation.
4                                          Respectfully submitted,
5  Dated: February 23, 2007
6                                          DANIEL J. BRODERICK
                                           Federal Defender
7
                                           /s/ Mary M. French
8                                          _____
                                           MARY M. FRENCH
9                                          Supervising Assistant
                                           Federal Defender
10                                         Attorney for Defendant
                                           CONRADO LOPEZ-ARBALLO
11

12
   Dated: February 23, 2007                MCGREGOR W. SCOTT
13                                         United States Attorney

14
                                           /s/ Mary M. French for
15                                         _____
                                           MICHAEL BECKWITH
16                                         Assistant U.S. Attorney
                                           per telephonic authorization
17

18
                                **ORDER**
19

20 **IT IS SO ORDERED.**

21
   Dated:  February 26, 2007
22
                            _____
23                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stipulation & Order/Lopez-Arballo            2