```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2729
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-06-466 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS INDICTMENT AND ~~PROPOSED~~ ORDER |
| CONRADO LOPEZ-ARBALLO, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the pending indictment in Case No. S-06-466 WBS, filed on November 16, 2006.

On February 26, 2007, the government learned that the defendant was initially "found" in the United States in June 6, 2000, not November 1, 2006, as detailed in the indictment. As such, the five-year statute of limitations in this case has run. 18 U.S.C. § 3282.

Upon release from the custody of the United States Marshal's Service, the defendant will be placed in the custody of the Bureau

1

of Immigration and Customs Enforcement and deported from the United States as soon as possible.  Should the defendant return to the United States and again be "found" in the Eastern District of California, or any other district of the United States, he will be subject to prosecution under 8 U.S.C. § 1326.


DATE: February 26, 2007                McGREGOR W. SCOTT
                                       United States Attorney

                                       By /s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney




                            O R D E R

APPROVED AND SO ORDERED:



DATED:  February 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2